

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-21-00132-CV

**BROOKS COUNTY, TEXAS,**
Appellant

v.

Maria Armandina **BUENROSTRO,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 19-04-17973-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant, Brooks County, Texas's brief was originally due May 25, 2021. On May 21, 2021, appellant filed a motion requesting a twenty-day extension of time in which to file its brief. The motion is GRANTED and appellant's brief is due **no later than June 14, 2021.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court